150 A.3d 407

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DONALD THOMAS (A/K/A D–BLOCK, DONALD THOMAS III), DEFENDANT–PETITIONER.

July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005424–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.